PROB 34
(1/92)

~~ORIGINAL~~ Report and Order Terminating Probation/ Supervised Release

## United States District Court
### FOR THE
#### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2008

at 4 o'clock and 25 min. P.M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. 00-00215DAE-09

ROBERT ANDRADE

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 3/7/2008, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
CARTER A. LEE
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 10th day of March, 2008.

_____
DAVID ALAN EZRA
U.S. District Judge